# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN V. HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | Case No. 1:17-cv-01688-LJO-SAB-HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 13) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 16, 2018, the Court received the instant motion to proceed in forma pauperis. (ECF No. 13). The Court previously authorized Petitioner to proceed in forma pauperis on December 15, 2017. (ECF No. 6).

Accordingly, the Court HEREBY ORDERS that Petitioner's motion to proceed in forma pauperis is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __**January 18, 2018**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE