# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN V. HERNANDEZ, | Case No. 1:17-cv-01688-LJO-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS WITH THE CLERK OF COURT |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 20, 2018, Respondent filed a notice of lodging paper documents. (ECF No. 17). However, the Court has yet to receive any documents. Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of this order, Respondent SHALL LODGE with the Clerk of Court any and all transcripts or other documents necessary for the resolution of the issues presented in the petition.

IT IS SO ORDERED.

Dated: __**March 8, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE