# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN V. HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | Case No. 1:17-cv-01688-LJO-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS WITH THE CLERK OF COURT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 30, 2018, Respondent filed a notice of lodging paper documents in support of his reply to the opposition to the motion to dismiss. (ECF No. 25). However, the Court has yet to receive those documents. Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Respondent SHALL LODGE with the Clerk of Court documents in support of Respondent's reply to the opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated: __**May 7, 2018**__

                                                                               UNITED STATES MAGISTRATE JUDGE